Attorney or Party Name, Address, Telephone & FAX Number, and California State Bar Number | FOR COURT USE ONLY

Gary Harre, Esq. [86398]
LAW OFFICES OF GARY HARRE & ASSOCIATES
1940 W. ORANGEWOOD AVE, STE 110
ORANGE, CA 92868
TELEPHONE: (714) 200-4701
EMAIL: GHCMECF@GMAIL.COM

*Attorney for Plaintiff* Thuan X. Nguyen and Tammy H. Nguyen

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

In re:

Thuan X. Nguyen
Tammy H. Nguyen

Debtor.

Thuan X. Nguyen; Tammy H. Nguyen

Plaintiff(s),

vs.

See List

Defendant(s).

CHAPTER 7

CASE NUMBER 8:10-BK-21730-RK

ADVERSARY NUMBER 8:10-ap-01503 RK

*(The Boxes and Blank Lines below are for the Court's Use Only) (Do Not Fill Them In)*

## SUMMONS AND NOTICE OF STATUS CONFERENCE

TO THE DEFENDANT: A Complaint has been filed by the Plaintiff against you. If you wish to defend yourself, you must file with the Court a written pleading, in duplicate, in response to the Complaint. You must also send a copy of your written response to the party shown in the upper left-hand corner of this page. Unless you have filed in duplicate and served a responsive pleading by **NOV 2 6 2010**, the Court may enter a judgment by default against you for the relief demanded in the Complaint.

A Status Conference on the proceeding commenced by the Complaint has been set for:

Hearing Date: **JAN 11 2011**    Time: **1:30 P.M.**    Courtroom: **5D**    Floor: **5th**

- ☐ 255 East Temple Street, Los Angeles
- ☒ 411 West Fourth Street, Santa Ana
- ☐ 21041 Burbank Boulevard, Woodland Hills
- ☐ 1415 State Street, Santa Barbara
- ☐ 3420 Twelfth Street, Riverside

PLEASE TAKE NOTICE that if the trial of the proceeding is anticipated to take less than two (2) hours, the parties may stipulate to conduct the trial of the case on the date specified, instead of holding a Status Conference. Such a stipulation must be lodged with the Court at least two (2) Court days before the date set forth above and is subject to Court approval. The Court may continue the trial to another date if necessary to accommodate the anticipated length of the trial.

Date of Issuance: **OCT 2 6 2010**

KATHLEEN J. CAMPBELL
Clerk of Court

By: *Susan L. Long*
Deputy Clerk

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

February 2010 (COA-SA)

**F 7004-1**

## SUMMON AND NOTICE OF STATUS CONFERENCE

## DEFENDANT LIST

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; CHAMAGNE WILLIAMS; CORRESPONDENT FUNDING SPECIALIST; BELEN P. BULURAN; NDEx WEST, LLC; DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE OF THE RESIDENTIAL ASSET SECURITIZATION TRUST 2006-A1, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-A UNDER THE POOLING AND SERVICING AGREEMENT DATED FEBRUARY 1, 2006 ITS ASSIGNS AND/OR SUCCESSORS IN INTEREST; and all persons claiming by, through, or under such person, all persons unknown, claiming any legal or equitable right, title, estate, lien, or interest in the property described in the complaint adverse to Plaintiff's title thereto; and DOES 1-150, Inclusive;