| Attorney or Party Name, Address, Telephone & FAX Numbers and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| MARISOL A. NAGATA, ESQ. SBN 221387<br>BARRETT DAFFIN FRAPPIER TREDER & WEISS, LLP<br>20955 PATHFINDER ROAD, SUITE 300<br>DIAMOND BAR, CA 91765<br>T: 626-915-5714; F: 626-732-0364<br>EMAIL: CDCAECF@BDFGROUP.COM<br>FILE #2099075<br><br>*Attorney for* DEFENDANT, NDEX WEST, LLC | |

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>Thuan X Nguyen, Tammy H Nguyen<br><br><br><br><br>                                                                                 Debtor(s). | |
|---|---|
| Thuan X Nguyen, Tammy H Nguyen<br><br>                                                                                 Plaintiff(s) | CHAPTER: 7<br><br>CASE NO.: 8:10-bk-21730-RK |
| | ADVERSARY NO.: 8:10-ap-01503-RK |
| vs.<br><br>Mortgage Electronic Registration Systems Inc., Chamagne Williams, Correspondent Funding Specialist, Belen P Buluran, NDEx WEST LLC, Deutsche Bank National Trust Company, et al   Defendant(s). | DATE: 1/11/11<br>TIME: 1:30 PM<br>PLACE: Courtroom 5D |

## UNILATERAL ~~JOINT~~ STATUS REPORT
## LOCAL BANKRUPTCY RULE 7016-1(a)(2)

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

The parties submit the following UNILATERAL ~~JOINT~~ STATUS REPORT in accordance with Local Bankruptcy Rule 7016-1(a)(2):

**A.   PLEADINGS/SERVICE:**

1. Have all parties been served?  ☐ Yes  ☐ No

2. Have all parties filed and served answers to the complaint/counter-complaints/etc.?  ☐ Yes  ☐ No

3. Have all motions addressed to the pleadings been resolved?  ☐ Yes  ☐ No

4. Have counsel met and conferred in compliance with Local Bankruptcy Rule 7026-1?  ☐ Yes  ☒ No

5. If your answer to any of the four preceding questions is anything *other* than an unqualified "YES," then please explain below *(or on attached page)*:

Defendant's counsel attempted to contact Plaintiff's counsel to "meet and confer" on 12/21/10 by telephone and by email and again by telephone on 1/3/11, without success. As of the date of this Status Report, Defendant's counsel has not received a return phone call or email reply from Plaintiff's counsel.

*(Continued on next page)*

---

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

**F 7016-1.1**

Joint Status Report - *Page 2*                                                                                F 7016-1.1

| In re<br>Thuan X Nguyen, Tammy H Nguyen | CHAPTER: 7 |
|---|---|
| | CASE NO.: 8:10-bk-21730-RK |
| Debtor(s). | ADVERSARY NO.: 8:10-ap-01503-RK |

**B.    READINESS FOR TRIAL:**

1.   When will you be ready for trial in this case?
     <u>Plaintiff</u>                                                                       <u>Defendant</u>
                                                                                             90 days

2.   If your answer to the above is more than four (4) months after the summons issued in this case, give reasons for further delay.
     <u>Plaintiff</u>                                                                       <u>Defendant</u>
                                                                                             To allow Defendant to conduct/conclude discovery.

3.   When do you expect to complete <u>your</u> discovery efforts?
     <u>Plaintiff</u>                                                                       <u>Defendant</u>
                                                                                             90 days

4.   What additional discovery do you require to prepare for trial?
     <u>Plaintiff</u>                                                                       <u>Defendant</u>
                                                                                             written/oral discovery

**C.    TRIAL TIME:**

1.   What is your estimate of the time required to present <u>your side of the case</u> at trial (including rebuttal stage if applicable)?
     <u>Plaintiff</u>                                                                       <u>Defendant</u>
                                                                                             1/2 day

2.   How many witnesses do you intend to call at trial (including opposing parties)?
     <u>Plaintiff</u>                                                                       <u>Defendant</u>
                                                                                             unknown pending discovery

3.   How many exhibits do you anticipate using at trial?
     <u>Plaintiff</u>                                                                       <u>Defendant</u>
                                                                                             unknown pending discovery

*(Continued on next page)*

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                  F 7016-1.1

| In re<br>Thuan X Nguyen, Tammy H Nguyen | CHAPTER: 7 |
|---|---|
| | CASE NO.: 8:10-bk-21730-RK |
| Debtor(s). | ADVERSARY NO.: 8:10-ap-01503-RK |

**D.   PRE-TRIAL CONFERENCE:**

A pre-trial conference is usually conducted between a week to a month before trial, at which time a pre-trial order will be signed by the court. [See Local Bankruptcy Rule 7016-1.] If you believe that a pre-trial conference is not necessary or appropriate in this case, please so note below, stating your reasons:

Plaintiff                                                                                   Defendant

Pre-trial conference __ (is)/ __ (is not) requested.                Pre-trial conference _x_ (is)/ __ (is not) requested.
Reasons: _____                                          Reasons: _____

Plaintiff                                                                                   Defendant

Pre-trial conference should be set after:                                   Pre-trial conference should be set after:

(date) _____                                                (date) 3/1/2011

**E.   SETTLEMENT:**

1.   What is the status of settlement efforts?

None. Defendant's counsel has been unable to reach Plaintiff's counsel.
Requests mediation in the event Defendant's Motion to Dismiss is denied.

2.   Has this dispute been formally mediated?            ☐ Yes     ☒ No
     If so, when?

3.   Do you want this matter sent to mediation at this time?

         Plaintiff                                                                          Defendant
    ☐ Yes    ☐ No                                                          ☒ Yes   ☐ No
                                                                                      in the event the pending Motion
                                                                                      to Dismiss set for hearing on
                                                                                      1/11/11 is denied.

*(Continued on next page)*

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                F 7016-1.1

F 7016-1.1

| | |
|---|---|
| In re<br>Thuan X Nguyen, Tammy H Nguyen | CHAPTER: 7 |
| | CASE NO.: 8:10-bk-21730-RK |
| Debtor(s). | ADVERSARY NO.: 8:10-ap-01503-RK |

**F.    ADDITIONAL COMMENTS/RECOMMENDATIONS RE TRIAL:** *(Use additional page if necessary.)*

Defendant NDEX West, LLC has a pending motion to dismiss the plaintiff's complaint set for hearing on, 1/11/2011, at 3:30pm.

Respectfully submitted,

Dated: _____

*Firm Name*

By: _____

Name: _____

Attorney for: _____

Dated: January 5, 2011

Barrett Daffin Frappier Treder & Weiss

*Firm Name*

By: /s/ Marisol A. Nagata

Name: Marisol A. Nagata

Attorney for: Defendant, NDEX WEST, LLC

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 7016-1.1

| In re | | CHAPTER: 7 |
|---|---|---|
| Thuan X Nguyen, Tammy H Nguyen | | CASE NO.: 8:10-bk-21730-RK |
| | Debtor(s). | ADVERSARY NO.: 8:10-ap-01503-RK |

**B.    READINESS FOR TRIAL:**

1. When will you be ready for trial in this case?
   <u>Plaintiff</u>                                   <u>Defendant</u>
                                                     90 days

2. If your answer to the above is more than four (4) months after the summons issued in this case, give reasons for further delay.
   <u>Plaintiff</u>                                   <u>Defendant</u>
                                                     `To allow Defendant to conduct/conclude discovery.`

3. When do you expect to complete <u>your</u> discovery efforts?
   <u>Plaintiff</u>                                   <u>Defendant</u>
                                                     90 days

4. What additional discovery do you require to prepare for trial?
   <u>Plaintiff</u>                                   <u>Defendant</u>
                                                     `written/oral discovery`

**C.    TRIAL TIME:**

1. What is your estimate of the time required to present <u>your side of the case</u> at trial (including rebuttal stage if applicable)?
   <u>Plaintiff</u>                                   <u>Defendant</u>
                                                     1/2 day

2. How many witnesses do you intend to call at trial (including opposing parties)?
   <u>Plaintiff</u>                                   <u>Defendant</u>
                                                     `unknown pending discovery`

3. How many exhibits do you anticipate using at trial?
   <u>Plaintiff</u>                                   <u>Defendant</u>
                                                     `unknown pending discovery`

*(Continued on next page)*

---

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 7016-1.1

F 7016-1.1

| In re<br>Thuan X Nguyen, Tammy H Nguyen | CHAPTER: 7 |
|---|---|
| | CASE NO.: 8:10-bk-21730-RK |
| Debtor(s). | ADVERSARY NO.: 8:10-ap-01503-RK |

**D. PRE-TRIAL CONFERENCE:**

A pre-trial conference is usually conducted between a week to a month before trial, at which time a pre-trial order will be signed by the court. [See Local Bankruptcy Rule 7016-1.] If you believe that a pre-trial conference is not necessary or appropriate in this case, please so note below, stating your reasons:

<u>Plaintiff</u>

Pre-trial conference ___ (is)/ ___ (is not) requested.
Reasons: _____

<u>Defendant</u>

Pre-trial conference _X_ (is)/ ___ (is not) requested.
Reasons: _____

<u>Plaintiff</u>

Pre-trial conference should be set <u>after</u>:

(date) _____

<u>Defendant</u>

Pre-trial conference should be set <u>after</u>:

(date) 3/1/2011

**E. SETTLEMENT:**

1. What is the status of settlement efforts?

None. Defendant's counsel has been unable to reach Plaintiff's counsel. Requests mediation in the event its Motion to Dismiss is denied.

2. Has this dispute been formally mediated?  ☐ Yes  ☒ No
   If so, when?

3. Do you want this matter sent to mediation at this time?

<u>Plaintiff</u>
☐ Yes   ☐ No

<u>Defendant</u>
☒ Yes   ☐ No
in the event the pending Motion to Dismiss set for hearing on 1/11/11 is denied.

*(Continued on next page)*

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 7016-1.1

F 7016-1.1

| In re | CHAPTER: 7 |
|---|---|
| Thuan X Nguyen, Tammy H Nguyen | CASE NO.: 8:10-bk-21730-RK |
| Debtor(s). | ADVERSARY NO.: 8:10-ap-01503-RK |

**F.    ADDITIONAL COMMENTS/RECOMMENDATIONS RE TRIAL:** *(Use additional page if necessary.)*

Defendant NDEX West, LLC has a pending motion to dismiss the plaintiff's complaint set for hearing on, 1/11/2011, at 3:30pm.

Respectfully submitted,

Dated: _____

_____
*Firm Name*

By: _____

Name: _____

Attorney for: _____

Dated: January 5, 2011

Barrett Daffin Frappier Treder & Weiss
*Firm Name*

By: /s/ Marisol A. Nagata

Name: Marisol A. Nagata

Attorney for: Defendant, NDEX WEST, LLC

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 7016-1.1

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

A true and correct copy of the foregoing document described as **_UNILATERAL STATUS REPORT_** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **_January 5, 2011_**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On **_January 5, 2011,_** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

The Hon. Robert N. Kwan-Attn: Intake: US Bankruptcy Court, 411 W. Fourth St., Santa Ana, CA 92701
Attorney for Plaintiffs- Gary L Harre,Global Capital Law P.C. 17111 Beach Blvd Ste 100, Huntington Beach, CA 92647
Defendants' Attorney - Joshua del Castillo, 515 S Figueroa St., 7th Fl., Los Angeles, CA 90071

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _,_ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 1-5-2011 | Marisol A. Nagata | /s/ Marisol A. Nagata |
|---|---|---|
| _Date_ | _Type Name_ | _Signature_ |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010    **F 9013-3.1.PROOF.SERVICE**