| | |
|---|---|
| Attorney or Party Name, Address, Telephone & FAX Numbers and California State Bar Number<br>David R. Zaro (SBN 124334)  |  Joshua A. del Castillo (SBN 239015)<br>ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP<br>515 S. Figueroa Street, 9th Floor<br>Los Angeles, California  90071-3309<br>213.622.5555 Phone  |  213.620.8816 Fax<br>dzaro@allenmatkins.com  |  jdelcastillo@allenmatkins.com<br><br>*Attorney for* Defendants Mortgage Registration Systems, Inc.; Chamagne Williams; and Deutsche Bank Nat'l Trust Co. | FOR COURT USE ONLY |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

In re:
THUAN X. NGUYEN; TAMMY H. NGUYEN

                                                                  Debtor(s).

| | |
|---|---|
| THUAN X. NGUYEN; TAMMY H. NGUYEN<br><br>                                             Plaintiff(s).<br><br>vs.<br><br>MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., et al.<br><br>                                             Defendant(s). | CHAPTER: 7<br>CASE NO.: 8:10-bk-21730-RK<br><br>ADVERSARY NO.:<br>8:10-ap-1503-RK<br><br>DATE:   January 11, 2011<br>TIME:   1:30 p.m.<br>PLACE: 411 W. Fourth Street, Ctrm. 5D<br>              Santa Ana, CA 92701 |

# UNILATERAL STATUS REPORT
# LOCAL BANKRUPTCY RULE 7016-1(a)(2)

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

The parties submit the following JOINT STATUS REPORT in accordance with Local Bankruptcy Rule 7016-1(a)(2):

**A.   PLEADINGS/SERVICE:**

1. Have all parties been served?  ☐ Yes  ☒ No

2. Have all parties filed and served answers to the complaint/counter-complaints/etc.?  ☐ Yes  ☒ No

3. Have all motions addressed to the pleadings been resolved?  ☐ Yes  ☒ No

4. Have counsel met and conferred in compliance with Local Bankruptcy Rule 7026-1?  ☐ Yes  ☒ No

5. If your answer to any of the four preceding questions is anything <u>other</u> than an unqualified "YES," then please explain below *(or on attached page)*:
    To date, only Defendants Mortgage Electronic Registration Systems, Inc., Chamagne Williams, and Deutsche Bank Nat'l Trust Co. (collectively, the "Answering Defendants") have filed an Answer to Plaintiffs' Adversary Complaint.  Another Defendant has moved to dismiss, for lack of standing.  Plaintiffs have filed a Motion for Judgment on the Pleadings/Motion for Summary Judgment (the "MSJ")

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

**F 7016-1.1**

American LegalNet, Inc.
www.Forms*Workflow*.com

in connection with the Answering Defendants' Answer, which MSJ the Answering Defendants have vigorously opposed.  A hearing on Plaintiffs' MSJ is currently scheduled for January 11, 2011.  As of the date of filing of this Unilateral Status Report, Plaintiffs' counsel has not contacted counsel for the Answering Defendants.  The Answering Defendants stand ready to meet and confer as required by LBR 7026-1, and are prepared to make their initial disclosures pursuant to Fed. R. Bankr. P. 7026 immediately.

*(Continued on next page)*

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

**F 7016-1.1**

American LegalNet, Inc.
www.Forms*Workflow*.com

| In re<br>THUAN X. NGUYEN; TAMMY H. NGUYEN<br>Nguyen v. Mortgage Electronic Registration Systems, et al. | | CHAPTER: 7 |
|---|---|---|
| | | CASE NO.: 8:10-bk-21730-RK |
| | Debtor(s). | ADVERSARY NO.: 8:10-ap-1503-RK |

**B.  READINESS FOR TRIAL:**

1.  When will you be ready for trial in this case?

    | Plaintiff | Defendant |
    |---|---|
    | | 12/5/2011 |

2.  If your answer to the above is more than four (4) months after the summons issued in this case, give reasons for further delay.

    | Plaintiff | Defendant |
    |---|---|
    | | The Answering Defendants have filed an Answer, in response to which Plaintiffs filed their MSJ.  The MSJ has not been adjudicated, and the Answering Defendants have not had an opportunity to conduct discovery in order to properly litigate this matter or prepare and file dispositive motions of their own. |

3.  When do you expect to complete your discovery efforts?

    | Plaintiff | Defendant |
    |---|---|
    | | 7/8/2011 |

4.  What additional discovery do you require to prepare for trial?

    | Plaintiff | Defendant |
    |---|---|
    | | The Answering Defendants anticipate propounding written discovery in the form of Requests for Production of Documents, Requests for Admissions, and Interrogatories.  The Answering Defendants further anticipate taking multiple depositions, including the depositions of Plaintiffs. |

**C.  TRIAL TIME:**

1.  What is your estimate of the time required to present your side of the case at trial (including rebuttal stage if applicable)?

    | Plaintiff | Defendant |
    |---|---|
    | | The Answering Defendants anticipate trial will not be required, and expect Plaintiffs' Adversary Complaint will be dismissed on dispositive motion.  In the event that trial is required, the Answering Defendants anticipate presenting their case in 3 days or less. |

2.  How many witnesses do you intend to call at trial (including opposing parties)?

    | Plaintiff | Defendant |
    |---|---|
    | | A minimum of two witnesses are anticipated at this time, although the Answering Defendants reserve the right to call additional witnesses. |

3.  How many exhibits do you anticipate using at trial?

    | Plaintiff | Defendant |
    |---|---|
    | | At present, the Answering Defendants are not aware of any exhibits to be used at trial, although materials reflecting the mortgage loan and security interest in issue may be relied upon in the event of trial. |

*(Continued on next page)*

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 7016-1.1

American LegalNet, Inc.
www.FormsWorkflow.com

Case 8:10-ap-01503-RK    Doc 17    Filed 01/05/11    Entered 01/05/11 15:37:36    Desc
Main Document    Page 4 of 7
Unilateral Status Report - *Page 4*

F 7016-1.1

| In re<br>THUAN X. NGUYEN; TAMMY H. NGUYEN<br>Nguyen v. Mortgage Electronic Registration Systems, et al. | CHAPTER: 7 |
|---|---|
| | CASE NO.: 8:10-bk-21730-RK |
| Debtor(s). | ADVERSARY NO.: 8:10-ap-1503-RK |

**D.  PRE-TRIAL CONFERENCE:**

A pre-trial conference is usually conducted between a week to a month before trial, at which time a pre-trial order will be signed by the court. [See Local Bankruptcy Rule 7016-1.] If you believe that a pre-trial conference is not necessary or appropriate in this case, please so note below, stating your reasons:

<u>Plaintiff</u>

Pre-trial conference ___(is)/ ___(is not) requested.
Reasons: _____

<u>Defendant</u>

Pre-trial conference ___(is)/ _X_(is not) requested.
Reasons: _____

<u>Plaintiff</u>

Pre-trial conference should be set <u>after</u>:

(date) _____

<u>Defendant</u>

Pre-trial conference should be set <u>after</u>:

(date) 11/1/2011 (if any)

**E.  SETTLEMENT:**

1. What is the status of settlement efforts?

2. Has this dispute been formally mediated?     ☐ Yes     ☒ No
   If so, when?

3. Do you want this matter sent to mediation at this time?

   Plaintiff                              Defendant
   ☐ Yes    ☐ No                    ☐ Yes    ☒ No

*(Continued on next page)*

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 7016-1.1

American LegalNet, Inc.
www.Forms*Workflow*.com

Case 8:10-ap-01503-RK  Doc 17  Filed 01/05/11  Entered 01/05/11 15:37:36  Desc
Main Document  Page 5 of 7
Unilateral Status Report - *Page 5*

F 7016-1.1

| In re<br>THUAN X. NGUYEN; TAMMY H. NGUYEN<br>Nguyen v. Mortgage Electronic Registration Systems, et al.<br><br>Debtor(s). | CHAPTER: 7<br>CASE NO.: 8:10-bk-21730-RK<br>ADVERSARY NO.: 8:10-ap-1503-RK |
|---|---|

**F.  ADDITIONAL COMMENTS/RECOMMENDATIONS RE TRIAL:** *(Use additional page if necessary.)*
As noted above, Plaintiffs' counsel has not contacted counsel for the Answering Defendants, and has not participated in the preparation of a Joint Status Report.  Out of an abundance of caution, the Answering Defendants therefore submit the instant Unilateral Status Report, and stand ready to meet and confer as required by LBR 7026-1, and to make their initial disclosures pursuant to Fed. R. Bankr. P. 7026.  In addition, and based upon a review of the allegations in Plaintiffs' Adversary Complaint, the Answering Defendants anticipate filing a Motion for Judgment on the Pleadings or Motion for Summary Judgment, as appropriate.

Respectfully submitted,

Dated: 

*Firm Name*

By: 

Name: 

Attorney for: 

Dated: January 5, 2011

ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP
*Firm Name*

By: /s/ *Joshua A. del Castillo*

Name: Joshua A. del Castillo

Attorney for: Mortgage Electronic Registration Systems, Inc.; Chamagne Williams; and Deutsche Bank Nat'l Trust Co.

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 7016-1.1

American LegalNet, Inc.
www.Forms*Workflow*.com

F 7016-1.1

| In re<br>THUAN X. NGUYEN; TAMMY H. NGUYEN<br>Nguyen v. Mortgage Electronic Registration Systems, et al.<br><br>Debtor(s). | CHAPTER: 7<br>CASE NO.: 8:10-bk-21730-RK<br>ADVERSARY NO.: 8:10-ap-1503-RK |
|---|---|

**NOTE**: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
515 S. Figueroa Street, 9th Floor, Los Angeles, California 90071-3009.

A true and correct copy of the foregoing document described as UNILATERAL STATUS REPORT (of Defendants) will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On    January 5, 2011    I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

Thomas H. Casey (TR)         msalustro@tomcaseylaw.com, tcasey@ecf.epiqsystems.com
Marisol A. Nagata            cdcaecf@bdfgroup.com
U.S. Trustee (SA)            ustpregion16.sa.ecf.@usdoj.gov
Joshua del Castillo          jdelcastillo@allenmatkins.com

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On    January 5, 2011    I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Gary L. Harre, Esq.           (Via U.S. Mail)
Global Capital Law, P.C.
17111 Beach Boulevard, Suite 100
Huntington Beach, CA 92647

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on    January 6, 2011    I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
(Via Personal Delivery)
Hon. Robert Kwan, U.S. District Court Judge - United States Bankruptcy Court, Central District of California
411 W. Fourth Street, Suite 5165 -- Courtroom 5D, Santa Ana, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| January 5, 2011 | Martha Diaz | *Martha Diaz* |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 7016-1.1

American LegalNet, Inc.
www.FormsWorkflow.com

Unilateral Status Report - *Page 7*

**F 7016-1.1**

| In re<br>THUAN X. NGUYEN; TAMMY H. NGUYEN<br>Nguyen v. Mortgage Electronic Registration Systems, et al. | | CHAPTER: 7<br>CASE NO.: 8:10-bk-21730-RK |
|---|---|---|
| | Debtor(s). | ADVERSARY NO.: 8:10-ap-1503-RK |

**ADDITIONAL SERVICE INFORMATION** (if needed):

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

**F 7016-1.1**

American LegalNet, Inc.
www.Forms*Workflow*.com