MARISOL A. NAGATA, ESQ.
State Bar No. 221387
BARRETT DAFFIN FRAPPIER
TREDER & WEISS, LLP
20955 Pathfinder Road, Suite 300
Diamond Bar, California 91765
(626) 915-5714 – Phone
(909) 595-7640 - Fax
cdcaecf@BDFGROUP.com
File No. 2099075

Attorneys for Defendant
NDEX WEST, LLC

**FILED & ENTERED**

**JAN 26 2011**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY kent    DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

In re:

**Thuan X Nguyen and Tammy H Nguyen**,

Debtors.

**Thuan X Nguyen and Tammy H Nguyen**,

Plaintiffs,

vs.

**Mortgage Electronic Registration Systems Inc., Chamagne Williams, Correspondent Funding Specialist, NDEx WEST LLC, Deutsche Bank National Trust Company, as trustee of the Residential Asset Securitization Trust 2006-A1, Mortgage Pass-Through Certifications, Series 2006-A under The Pooling and Servicing Agreement dated February 1, 2006,**

Defendants.

CASE NO.:    8:10-bk-21730-RK
CHAPTER:    7
A.P. No.:    8:10-ap-01503-RK

**ORDER DISMISSING ADVERSARY PROCEEDING NUMBER 8:10-ap-01503-RK FOR LACK OF SUBJECT-MATTER JURISDICTION [F.R.CIV.P. Rule 12(b)(1); Fed.R.Bankr.P. Rule 7012)]**

HEARING:
DATE:    January 11, 2011
TIME:    3:30 p.m.
LOCATION:    US Bankruptcy Court
411 W. Fourth St.
Courtroom 5D, 5th Floor
Santa Ana, CA

The hearing on Defendant NDeX West LLC's Motion to Dismiss the above-captioned adversary proceeding came on for hearing by the Court on the date, time and place set forth above, the Honorable Robert N. Kwan, United States Bankruptcy Judge presiding. Appearances were made as noted on the record.  For the reasons set forth on the record and in the minutes of the proceedings,

**IT IS ORDERED** that the above-captioned adversary proceeding is dismissed for lack of subject matter jurisdiction under Federal Rules of Civil Procedure, Rule 12(b)(1) as made applicable to bankruptcy cases by Federal Rule of Bankruptcy Procedure, Rule 7012(b).

###

DATED: January 26, 2011

_____
United States Bankruptcy Judge

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 20955 Pathfinder Road, Suite 300, Diamond Bar, California 91765.

A true and correct copy of the foregoing document described <u>Order Dismissing Adversary Proceeding Number 8:10-ap-01503-RK for Lack of Subject-Matter Jurisdiction</u>, will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On <u>January 26, 2011,</u> I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

**Judge:** Hon.  Robert Kwan/Intake, U.S. Bankruptcy Court, 411 West Fourth Street, Santa Ana, CA 92701-4593
**Debtors:** Thuan X. Nguyen, Tammy H. Nguyen, 3394 Carmel Drive, Costa Mesa, CA 92626
**Attorney for Debtors:** Gary L. Harre, Global Capital Law PC, 17111 Beach Boulevard, Suite 100, Huntington Beach, CA 92647
**Chapter 7 Trustee:** Thomas H. Casey, 22342 Avenida Empresa, Suite 260, Rancho Santa Margarita, CA 92688

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person oentity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on <u>January 26, 2011,</u> I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page
**United States Trustee:** ustpregion16.sa.ecf@usdoj.gov

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| January 26, 2011 | MARISOL A. NAGATA | /s/ Marisol A. Nagata |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2009* **F 9013-3.1**

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **Order Dismissing Adversary Proceeding Number 8:10-ap-01503-RK for Lack of Subject-Matter Jurisdiction** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of January 26, 2011, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

**Chapter 7 Trustee:** Thomas H. Casey: msalustro@tomcaseylaw.com, tcasey@ecf.epiqsystems.com
**United States Trustee:** ustpregion16.sa.ecf@usdoj.gov
**Attorney for Movant:** Marisol A. Nagata: cdcaecf@BDFGroup.com
**Courtesy NEF:** Joshua del Castillo: jdelcastillo@allenmatkins.com

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

**Attorney for Debtors:** Gary L. Harre, Global Capital Law PC, 17111 Beach Boulevard, Suite 100, Huntington Beach, CA 92647

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2009* **F 9013-3.1**