# UNITED STATES BANKRUPTCY COURT
## *Central District Of California*

| **Debtor(s) Name** | **For Court Use Only** |
|---|---|
| **Plaintiff**<br><br>Thuan X Nguyen | **FILED**<br><br>**February 25, 2011**<br><br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY KEN DEPUTY CLERK |
| **Defendant**<br><br>Mortgage Electronic Registration Systems Inc | |
| **Chapter:** 7<br><br>**Case Number:** 8:10–bk–21730–RK<br><br>**Adversary Number:** 8:10–ap–01503–RK | **ORDER CLOSING ADVERSARY PROCEEDING** |

*The complaint filed in the above case has been disposed of and is no longer pending due to either the dismissal of the main case or the entry of a judgment in the Adversary Proceeding. Since it appears that no further matters are required that this adversary proceeding remain open, it is ordered that the adversary proceeding is closed.*

*Dated:* 2/25/11                                                                               *By Order of the United States Bankruptcy Court*


                                                                                                **Kathleen J. Campbell**
                                                                                                *Clerk of Court*

20/ KEN